**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 04-1119

_____

GARRI SHTEIN,

Plaintiff - Appellant,

versus

BANK OF AMERICA, FSB,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Charles B. Day, Magistrate Judge. (CA-03-1159-CBD)

_____

Submitted: May 7, 2004          Decided: June 1, 2004

_____

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Garri Shtein, Appellant Pro Se. Dennis Patrick McGlone, Todd Russell Chason, GORDON, FEINBLATT, ROTHMAN, HOFFBERGER & HOLLANDER, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Garri Shtein appeals the magistrate judge's letter order dismissing his discrimination and conspiracy to invade privacy action with prejudice. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the magistrate judge. See Shtein v. Bank of America, No. CA-03-1159-CBD (D. Md. Nov. 14, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).